AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Roberts | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 04-CV-924A |
| Sandy Jemison, et al | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed for failure to prosecute.

Date: November 4, 2005

RODNEY C. EARLY,
CLERK

By:  s/Deborah M. Zeeb
Deputy Clerk